IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MELVIN WORKMAN,

        Plaintiff,

v.

ROGUE VALLEY SEWER SERVICES,

        Defendant.

AND RELATED COUNTERCLAIM

Case No. 1:16-cv-00688-CL

JUDGMENT

CLARKE, Magistrate Judge.

    Based on the Stipulated Motion to Dismiss (#17), this case is dismissed with prejudice, and with no costs or fees awarded to either party.

    IT IS SO ORDERED.

DATED this 6 day of March, 2017.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – JUDGMENT